IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLORIA SMITH                                                                               PLAINTIFF

v.                                            No. 5:15-cv-8-DPM

CONNIE HUBBARD; RENEE FALLHOWE, Doctor;
MICHAEL CIAN, Doctor; DEBORAH YORK;
BRENDA BEARDEN, all individually and in their
official capacities; JOHN DOE, Physicians 1-50;
JANE DOE, Nurses 1-50; and CORIZON HEALTH INC.   DEFENDANTS

ORDER

There's a loose end in this case. The Court ordered Smith to complete good service on Brenda Bearden by July 2015. № 19. The docket is silent on whether it happened. If Smith doesn't file proof of good service by 17 June 2016, the Court will dismiss Bearden without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2016