## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GLORIA SMITH**                                                                                      **PLAINTIFF**

v.                                                   No. 5:15-cv-8-DPM

**CONNIE HUBBARD; RENEE FALLHOWE, Doctor;**
**MICHAEL CIAN, Doctor; DEBORAH YORK;**
**BRENDA BEARDEN, all individually and in their**
**official capacities; JOHN DOE, Physicians 1–50;**
**JANE DOE, Nurses 1–50; and CORIZON HEALTH INC.   DEFENDANTS**

### ORDER

Defendants have told the Court informally that they don't oppose

Smith's motion to nonsuit most of them.  The motion, № 30, is granted.  All

claims against Connie Hubbard, Dr. Renee Fallhowe, Dr. Michael Cian,

Deborah York, Brenda Bearden, and the John and Jane Doe defendants are

dismissed with prejudice.  FED. R. CIV. P. 41(a)(2).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_14 June 2016_