IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLORIA SMITH, As Administratrix
of the Estate of Reginaldo Smith                                                   PLAINTIFF

v.                              No. 5:15-cv-8-DPM

CORIZON HEALTH, INC.                                                              DEFENDANT

### ORDER

Motion, № 36, granted.  The sealed motion, № 34, is denied as moot.

All claims against Corizon will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 July 2016