IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLORIA SMITH, As Administratrix
of the Estate of Reginaldo Smith                                    PLAINTIFF

v.                         No. 5:15-cv-8-DPM

CORIZON CORRECTIONAL HEALTHCARE;
CONNIE HUBBARD; RENEE FALLHOWE, Doctor;
MICHAEL CIAN, Doctor; DEBORAH YORK;
BRENDA BEARDEN, All Individually and in their
Official capacities; John Doe, Physicians 1-50; JANE
DOE, Nurses 1-50; and CORIZON HEALTH, INC.        DEFENDANTS

JUDGMENT

The amended complaint is dismissed. All claims against Corizon Health, Inc. are dismissed with prejudice. All claims against all other defendants are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2016